Karen Sue Naylor - Bar No. 144273
**Chapter 7 Trustee**
4910 Birch Street, Suite 120
Newport Beach, CA 92660
Telephone    (949) 851-7450
Facsimile    (949) 851-6926
Email    Karen@ringstadlaw.com

Chapter 7 Trustee

**FILED & ENTERED**

MAY 17 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**BRANDON S. THRESHER**<br>**and SARA B. THRESHER,**<br><br>Debtors. | Case No. 8:21-bk-12679 SC<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND BANK OF AMERICA, N.A. RE SECURED CLAIM NO. 9 FILED BY BANK OF AMERICA, N.A.**<br><br>[No Hearing Required] |

The Court, having read and considered the Stipulation between Chapter 7 Trustee and Bank of America, N.A. re Secured Claim No. 9 filed by Bank of America, N.A. (the "Stipulation") filed May 17, 2022 as Docket Entry No. 27, and with good cause shown,

///

///

///

///

1

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. Bank of America, N.A.'s secured claim, Claim No. 9, in the amount of $4,311.45 is allowed as a secured claim not entitled to distribution from the bankruptcy estate.

### 

Date: May 17, 2022

Scott C. Clarkson
United States Bankruptcy Judge