**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re:  Brandon S Thresher | § | Case No. 8:21-bk-12679-SC |
| Sara B Thresher | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Karen Sue Naylor, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $5,110.00    Assets Exempt:  $40,864.00
*(without deducting any secured claims)*

Total Distribution to Claimants:  $66,841.78    Claims Discharged
Without Payment:  $3,835.00

Total Expenses of Administration:  $10,739.21

---

    3) Total gross receipts of $269,018.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $191,437.87 (see **Exhibit 2**), yielded net receipts of $77,580.99 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | 4,860.00 | 4,311.45 | 0.00 | 0.00 |
| PRIORITY CLAIMS |  |  |  |  |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,739.21 | 10,739.21 | 10,739.21 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,929.00 | 66,841.78 | 66,841.78 | 66,841.78 |
| **TOTAL DISBURSEMENTS** | **$71,789.00** | **$81,892.44** | **$77,580.99** | **$77,580.99** |

      4) This case was originally filed under Chapter 7 on 11/10/2021. The case was pending for 12 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/08/2022            By: /s/ Karen Sue Naylor
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor's mother's life insurance with MetLife: standard policy ($179,000); supplemental policy ($90,000) Mother's 401(k) | 1229-000 | 269,018.86 |
| **TOTAL GROSS RECEIPTS** | | **$269,018.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRANDON S. THRESHER AND SARA B. THRESHER | Payment to Debtors of Claimed Exemption under CCP Sect 703.140(b)(5) in Debtor's mother's life insurance with MetLife pe | 8100-002 | 25,500.00 |
| Brandon S Thresher and Sara B Thresher | Surplus Funds Paid to Debtors pursuant to §726(a)(6) | 8200-002 | 165,937.87 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$191,437.87** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Bank of America, N.A. | 4110-000 | 4,860.00 | 4,311.45 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$4,860.00** | **$4,311.45** | **$0.00** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN SUE NAYLOR | 2100-000 | N/A | 7,129.05 | 7,129.05 | 7,129.05 |
| KAREN SUE NAYLOR | 2200-000 | N/A | 168.80 | 168.80 | 168.80 |
| HAHN FIFE & COMPANY, LLP | 3410-000 | N/A | 1,363.00 | 1,363.00 | 1,363.00 |
| HAHN FIFE & COMPANY, LLP | 3420-000 | N/A | 250.90 | 250.90 | 250.90 |
| Signature Bank | 2600-000 | N/A | 1,827.46 | 1,827.46 | 1,827.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$10,739.21** | **$10,739.21** | **$10,739.21** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | N/A | | | |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | UNITED STATES DEPARTMENT OF EDUCATION | 7100-000 | 6,181.00 | 6,181.08 | 6,181.08 | 6,181.08 |
| 1-I | UNITED STATES DEPARTMENT OF EDUCATION | 7990-000 | N/A | 8.53 | 8.53 | 8.53 |
| 2 | Bank of America, N.A. | 7100-000 | 9,883.00 | 9,943.27 | 9,943.27 | 9,943.27 |
| 2-I | Bank of America, N.A. | 7990-000 | N/A | 13.73 | 13.73 | 13.73 |
| 3 | JPMorgan Chase Bank, N.A. | 7100-000 | 22,135.00 | 22,815.84 | 22,815.84 | 22,815.84 |
| 3-I | JPMorgan Chase Bank, N.A. | 7990-000 | N/A | 31.50 | 31.50 | 31.50 |
| 4 | JPMorgan Chase Bank, N.A. | 7100-000 | 12,394.00 | 12,885.29 | 12,885.29 | 12,885.29 |
| 4-I | JPMorgan Chase Bank, N.A. | 7990-000 | N/A | 17.79 | 17.79 | 17.79 |
| 5 | JPMorgan Chase Bank, N.A. | 7100-000 | 4,960.00 | 5,190.24 | 5,190.24 | 5,190.24 |
| 5-I | JPMorgan Chase Bank, N.A. | 7990-000 | N/A | 7.17 | 7.17 | 7.17 |
| 6 | Mira Loma Red Gum Business Park LLC | 7100-000 | 0.00 | 2,004.25 | 2,004.25 | 2,004.25 |
| 6-I | Mira Loma Red Gum Business Park LLC | 7990-000 | N/A | 2.77 | 2.77 | 2.77 |
| 7 | Citibank, N.A. | 7100-000 | 3,053.00 | 3,220.36 | 3,220.36 | 3,220.36 |
| 7-I | Citibank, N.A. | 7990-000 | N/A | 4.45 | 4.45 | 4.45 |
| 8 | Citibank, N.A. | 7100-000 | 1,131.00 | 1,068.46 | 1,068.46 | 1,068.46 |
| 8-I | Citibank, N.A. | 7990-000 | N/A | 1.48 | 1.48 | 1.48 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | 3,357.00 | 3,440.82 | 3,440.82 | 3,440.82 |
| 10-I | JEFFERSON CAPITAL SYSTEMS LLC | 7990-000 | N/A | 4.75 | 4.75 | 4.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Affirm Inc | 7100-000 | 565.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | American Express | 7100-000 | 45.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 2,919.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kohls/Capital One | 7100-000 | 306.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Small Business Administration | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$66,929.00** | **$66,841.78** | **$66,841.78** | **$66,841.78** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case Number: | 21-12679 SC | | Trustee: | Karen Sue Naylor |
| --- | --- | --- | --- | --- |
| Case Name: | Brandon S Thresher | | Filed (f) or Converted (c): | 11/10/21 (f) |
| | Sara B Thresher | | §341(a) Meeting Date: | 12/17/21 |
| Period Ending: | 11/08/22 | | Claims Bar Date: | 04/19/22 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2012 Honda CRV 105,000 miles<br>Petition Value $9,649.00; Liens $4,860.00<br><br>$4,789.00 Exempt per CCP Sect 703.140(b)(2)<br>   $0.00 Exempt per CCP Sect 703.140(b)(5)<br>=======<br>$4,789.00<br><br>Pursuant to Amended Schedules filed 01/25/22 [Doc 15], $0.00 Exempt per CCP Sect 703.140(b)(5) removed.  Exemption remaining is<br>$4,789.00 Exempt per CCP Sect 703.140(b)(2) | 9,649.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods and furnishings<br>$500.00 Exempt per CCP Sect 703.140(b)(3) | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics<br>$1,000.00 Exempt per CCP Sect 703.140(b)(3) | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Sport and hobby equipment<br>$2,000.00 Exempt per CCP Sect 703.140(b)(5)<br><br>Pursuant to Amended Schedules filed 01/25/22 [Doc 15], exemption changed to<br>$2,000.00 Exempt per CCP Sect 703.140(b)(3) | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Engagement Ring<br>$1,750.00 Exempt per CCP Sect 703.140(b)(4)<br>   $250.00 Exempt per CCP Sect 703.140(b)(5)<br>=======<br>$2,000.00<br><br>Pursuant to Amended Schedules filed 01/25/22 [Doc 15], $250.00 Exempt per CCP Sect 703.140(b)(5) removed.  Exemption remaining is<br>$1,750.00 Exempt per CCP Sect 703.140(b)(4) | 2,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case Number: | 21-12679 SC | Trustee: | Karen Sue Naylor |
|---|---|---|---|
| Case Name: | Brandon S Thresher | Filed (f) or Converted (c): | 11/10/21 (f) |
| | Sara B Thresher | §341(a) Meeting Date: | 12/17/21 |
| Period Ending: | 11/08/22 | Claims Bar Date: | 04/19/22 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6 | Checking Account with Bank of America<br>$1,000.00 Exempt per CCP Sect 703.140(b)(5)<br>  $600.00 Exempt per CCP Sect 703.140(b)(5)<br>=======<br>$1,600.00<br><br>Pursuant to Amended Schedules filed 01/25/22 [Doc 15], exemption combined into one line item<br>$1,600.00 Exempt per CCP Sect 703.140(b)(5) | 1,600.00 | 0.00 | | 0.00 | FA |
| 7 | Savings Account with Bank of America<br>$100.00 Exempt per CCP Sect 703.140(b)(5) | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Don't Look Down Productions, LLC. Assets: $23,950 - Furnishings, computers, monitors, sound mixer, TVs, kitchenette suplies, storage containers, cameras, video cameras, lenses, guitars, projector, speakers, studio lights, microphones, miscellaneous A/V accessories<br>Debts: SBA Loan - $39,000<br>100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2021 Estimated Federal Tax Refund<br>Pursuant to Amended Schedules filed 01/25/22 [Doc 15], value changed from $10,500.00 to $3,500.00<br><br>$10,500.00 Exempt per CCP Sect 703.140(b)(5)<br><br>Pursuant to Amended Schedules filed 01/25/22 [Doc 15], exemption changed to<br>$3,500.00 Exempt per CCP Sect 703.140(b)(5) | 3,500.00 | 0.00 | | 0.00 | FA |
| 10 | Public.com Investment Account<br>$125.00 Exempt per CCP Sect 703.140(b)(5) | 125.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor's mother's life insurance with MetLife: standard policy ($179,000); supplemental policy ($90,000) Mother's 401(k) with MetLife: $28,000 (u)<br>Pursuant to Amended Schedules filed 01/25/22 [Doc 15], asset added and<br>$25,500.00 Exempt per CCP Sect 703.140(b)(5)<br><br>Exemption of $25,500.00 paid 03/24/22 Check No. 1001 | 297,000.00 | 243,518.86 | | 269,018.86 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$317,474.00** | **$243,518.86** | | **$269,018.86** | **$0.00** |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

Page: 3

**Major activities affecting case closing:**
TAXES - An accountant has been employed; Tax returns have been prepared and the Trustee's Accountant provided a confirming letter that the prompt determination deadline has passed thus the estate's returns are accepted as filed
ASSETS - Possible inheritance
INSURANCE - None required
LITIGATION - None pending
OPERATING ORDER - None required
STATUS - Detailed narrative to follow:
On November 10, 2021, the Debtors filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code.  The original Section 341(a) hearing was scheduled for December 17, 2021, at which time the Debtors and their attorney appeared.  The hearing was concluded with the Trustee filing a Report of No Asset.

On January 12, 2022, the Trustee received a voicemail message from Corey Hall, an attorney friend of the Debtor, to inform the Trustee that the Debtor's mother, Sherri Thresher, had recently passed away.  Having recalled the Trustee's requirement from the Section 341(a) examination that she be notified if the Debtors became entitled to inheritance or insurance proceeds within six months after the bankruptcy filing, the Debtor wanted to immediately notify the Trustee, but since his bankruptcy counsel was ill and unavailable and the Debtor was dealing with not only the passing of his mother but also his very ill grandmother, the Debtor asked Mr. Hall to contact the Trustee to discuss the circumstances.

In her telephone conversation with Mr. Hall, the Trustee learned that the Debtor was the beneficiary of his mother's life insurance policy with MetLife and there was also a 401k.  Thereafter, the Trustee filed a Withdrawal of Report of Trustee in Chapter 7 No Asset Case, and also filed a Notification of Possible Asset Case (No Claims Bar Date Required).

On January 14, 2022, the Trustee filed the notification of asset case to set the claims bar date, and the claims bar date was set for April 19, 2022, and the government claims bar date was set for May 9, 2022.

The Trustee contacted the Debtors' counsel and requested that the Debtor provide her with a copy of the life insurance policy, the documents supporting the Debtor's inheritance, and any information with respect to the timing of the remittance of the insurance proceeds.

On January 25, 2022, the Debtors filed Amended Schedules [Doc 15], to set forth the Debtor's mother's life insurance with MetLife with a value of $297,000.00 and claimed an exemption under C.C.P. Section 703.140(b)(5) in the amount of $25,500.00.

The Trustee was provided with the requested documents and the claim number for the life insurance claim and was further advised that MetLife would be issuing the funds in March 2022.  The Trustee was also advised that the Debtor was entitled to receive his mother's 401k.  In her discussions with Debtors' counsel, given the amount of the insurance proceeds, the Trustee inquired whether the Debtor would rather rollover the 401k into an Erisa-qualified plan in order to avoid the tax liabilities that would be incurred in liquidating the 401k.

In order to ensure that the insurance proceeds would be sent directly to the Trustee, on March 1, 2022, the Trustee sent a letter to MetLife to advise of the bankruptcy filing and that the insurance proceeds were property of the Estate and would need to be remitted to the Trustee.  Shortly thereafter, the Trustee was informed by Debtors' counsel that MetLife had sent the funds directly to the Debtor through an online access account.  The Debtor provided the Trustee with a screenshot of the account and evidence of the total funds on deposit.  The Debtor then issued a check to the Trustee for the full amount.

On March 14, 2022, the Trustee received and deposited a check in the amount of $269,018.86 from the Debtors as turnover of the insurance proceeds.

On March 24, 2022, the Trustee issued a check in the amount of $25,500.00 to the Debtors in payment of their claimed exemption in the Debtor's mother's life insurance with MetLife.

In anticipation of the necessity to prepare estate tax returns, on April 22, 2022, the Trustee forwarded a copy of the case files to Don Fife of Hahn Fife & Company, LLP to become employed as the estate's accountant.  On May 9, 2022, the notice of application to employ the accountant was served on the interested parties, and by order entered June 3, 2022, the Court approved the employment of the accountant.

Concurrently, the Trustee requested preparation of the estate's tax returns.  On May 13, 2022, the Trustee received, reviewed, executed and returned the estate's final tax returns to the accountant for filing with the taxing authorities.  On June 20, 2022, the Trustee received the tax clearance letter for the tax returns prepared on the estate tax identification number for Brandon S. Thresher, and on July 20, 2022, the Trustee's accountant provided a confirming letter that the 60-day deadline had passed thus the returns prepared on the estate tax identification number for Sara B. Thresher were deemed to be accepted as filed.

Upon expiration of the claims bar dates, the Trustee reviewed and analyzed the claims.  Claim No. 9 filed by Bank of America, N.A. was filed as a secured claim in the amount of $4,311.45 indicating that the secured claim was based on a retail installment contract secured by a Honda CR-V.  Because the Trustee did not sell the Honda CR-V, on May 17, 2022, the Trustee and the claimant entered into a stipulation whereby Bank of America, N.A.'s secured claim, Claim No. 9, would be deemed a secured claim not entitled to distribution from the bankruptcy estate.  Pursuant to order entered May 17,

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit 8

Page: 4

2022, the Court approved the stipulation.

On June 6, 2022, the Trustee filed the Notice to Professionals and Request for Court Costs.  On June 6, 2022, the clerk docketed the notice of court costs which indicated that no costs were due.  All final fee applications have been filed.

As a result of the Trustee's suggestion that the Debtors not liquidate the 401k, the Debtors were able to retain the 401k as the insurance proceeds are providing sufficient funds to pay all valid claims in full with interest with a significant surplus being returned to the Debtors.

11/10/21 - Chapter 7 Petition filed  
11/11/21 - Docs uploaded: 2020 Tax Return-Federal (#s matched); 2020 Tax Return-State (#s matched)  
12/04/21 - KSN emails counsel: upload the Debtors' IDs, SSNs and the Decs of Atty re ID and SSN  
12/08/21 - Docs uploaded: SS card Co-Debtor (#matched); Photo IDs  
12/13/21 - Docs uploaded: Atty Dec re Debtors IDs and SSN; Form 1065 Debtor  
12/16/21 - KSN emails counsel: Please upload a different form of proof of SSN for Mr. Thresher-- not tax return or K1 out of tax return  
12/16/21 - Doc uploaded: 2015 W2 Debtor (#matched)  
12/17/21 - Original 341(a) Hearing - All appeared; Hearing concluded  
12/17/21 - Trustee files NDR  
01/12/22 - Trustee learns of Debtor's possible inheritance  
01/13/22 - Trustee files Withdrawal of Report of Trustee in Chapter 7 No Asset Case [Doc 11]  
01/13/22 - Trustee files Notification of Possible Asset Case (No Claims Bar Date Required) [Doc 12]  
01/14/22 - Trustee files Notification of Asset Case--Claims Bar Date 04/19/22; Gov't 05/09/22  
01/25/22 - Trustee served with Amended Schedules [Doc 15]  
01/28/22 - Docs uploaded: SBA Loan Docs  
02/05/22 - KSN emails counsel: I am just checking in on the status of my request for documents regarding the life insurance policy and the documents supporting the Debtor's inheritance.  Can you please advise when I can expect those documents?  I have to assume there was something the Debtors received to understand what they may be receiving.  Additionally, do know the status of obtaining the death certificate and the timing of the remittance of the insurance proceeds?  
02/05/22 - Doc uploaded: Funds in insurance policies  
02/22/22 - KSN emails counsel:  Can you please advise if you have heard the status of the distribution?  Can you please advise if the Debtor has presented the insurance company with the death certificate?  Please advise me of the Debtor's mother's name.  Is it Sherri Thresher?  Also, did the Debtor make a decision regarding the 401k?  As we discussed, there may be an option not to liquidate it, but he intends to ultimately liquidate it, I am advised that the potential tax liability may be less if liquidated by the Estate.  If the Debtor chooses not to liquidate it, it is still property of the estate until such time as the case is closed.  
02/23/22 - Email from Debtor's counsel: To answer some of your questions:  
1. The claim number is 222-010-023-66  
2. The insurance company will be issuing check on March 8th. Since I now have that claim number, I am going to get in touch with them today to confirm that they'll be sending the check to you and not my client.  
3. My clients want to roll over the 401(k) since they don't have much of a retirement plan otherwise.  
4. The company holding the 401(k) needs Sheri's social security card before they can start that process. I'll keep you in the loop on this.  
My client asked me why the money would need to go to you first instead of him just writing you a check, and I let him know that you probably have to deal with people skipping town with assets. He understands the situation and will be helping out as much as possible. He recently started a new job with a heavy workload and a long commute, so he just hasn't had a whole lot of time left over to dedicate to this.  
Again, sorry for the delays. The best way to get a hold of me is always by call or text at 951-290-2827.  
02/24/22 - Case reassigned from MW to SC  
03/01/22 - Email and letter to MetLife re payout on Claim No. 222-010-023-66 should be sent to Chapter 7 Trustee  
03/09/22 - Trustee opens estate's bank account  
03/14/22 - Trustee deposits one (1) check in the amount of $269,018.86 from Debtors as turnover of inheritance insurance proceeds  
03/24/22 - Trustee issues Check No. 1001 in the amount of $25,500.00 to Debtors in payment of claimed exemption under CCP Sect 703.140(b)(5) in Debtor's mother's life insurance with MetLife  
04/19/22 - Claims Bar Date; Gov't 05/09/22  
04/22/22 - Trustee forwards case files and Forms 1&2 to accountant re employment and preparation of the estate's final tax returns  
04/25/22 - Trustee prepares claims analysis  
05/01/22 - KSN sends email to Elan Levey confirming no claim filed by SBA  
05/01/22 - KSN sends email to B of A re Claim No. 9 re whether they will stipulate that claim is secured but not entitled to distribution

**FORM 1**     Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**     Page: 5

05/09/22 - Trustee files Application by Chapter 7 Trustee to Employ Hahn Fife & Company LLP as Accountant
05/13/22 - Trustee reviews, executes, and returns estate's amended final tax returns to Accountant
05/17/22 - Trustee files Stipulation Between Chapter 7 Trustee and Bank of America, N.A. re Secured Claim No. 9 Filed by Bank of America, N.A.
05/17/22 - Order [Doc 28] Approving Stipulation Between Chapter 7 Trustee and Bank of America, N.A. re Secured Claim No. 9 Filed by Bank of America, N.A.--Ordered: Stipulation approved, Claim No. 9 in the amount of $4,311.45 is allowed as a secured claim not entitled to distribution from the bankruptcy estate
06/03/22 - Email to Don requesting receipt date of tax returns
06/03/22 - Email from Don re taxing authorities receipt date was 05/19/22; 60-days is 07/18/22
06/03/22 - Order [Doc 31] Granting Application by Chapter 7 Trustee to Employ Hahn Fife & Company, LLP as Accountant
06/06/22 - Trustee files Notice to Professionals to File Applications for Compensation, and Request for Court Costs--21-day deadline is 06/27/22
06/06/22 - Notice to Pay Court Costs Due docketed--$0.00
06/20/22 - Tax Clearance Letter received for Brandon Thresher TIN only received [still need for Sara's TIN]
07/11/22 - Trustee's Accountant files First and Final Fee Application of Hahn Fife & Company for Allowance of Fees [$1,363.00] & Expenses [$250.90] From May 2, 2022 Through July 5, 2022
07/20/22 - Email to Don requesting 60-day prompt determination confirmation letter
07/20/22 - Letter from Don confirming that 60-day prompt determination deadline has passed and tax returns are deemed accepted as filed
07/26/22 - Trustee's Accountant files First and Final Fee Application of Hahn Fife & Company for Allowance of Fees [$1,363.00] & Expenses [$250.90] from May 2, 2022 Through July 5, 2022
08/05/22 - Request sent through TFS to stop the bank fees; Lorena Ventura confirmed
08/05/22 - Trustee begins preparation of the Uniform Final Report
08/08/22 - Trustee serves Final Report on Office of the United States Trustee for review, comment and/or approval; 60-day deadline on 10/07/22
08/08/22 - Trustee files Chapter 7 Trustee's Notice of Submission of Final Report to U.S. Trustee [Doc 43]
08/30/22 - Email from Frances Yang re okay to get hearing date
08/30/22 - AC accessed Judge Clarkson's self-calendaring system and obtained hearing date of 10/12/22 10:00 5C [re ZoomGov]
08/30/22 - AC revised NFR with hearing date and time [with ZoomGov language] and electronically submitted to Frances Yang at OUST
08/31/22 - OUST approves and files TFR and Notice [Docs 44&45]
08/31/22 - Trustee efiles Chapter 7 Trustee's Declaration in Support of Trustee's Final Report [Doc 46]
09/02/22 - Notice served by BNC [Doc 48]
10/12/22 - Hearing on TFR 10:00 5C (AC lodged Order #11256955.doc)
10/12/22 - Order [Doc 49] on Final Fee Applications Allowing Payment of: (1) Court and U.S. Trustee Fees; and (2) Final Fees and Expenses of Trustee and Professionals
10/13/22 - Trustee issues Check Nos. 1002 through 1015 as Final Checks pursuant to Order entered 10/12/22

**Initial Projected Date of Final Report (TFR):**     **Current Projected Date of Final Report (TFR):** August 08, 2022 (Actual)

      November 08, 2022                                                                      /s/ Karen Sue Naylor
                Date                                                                           Karen Sue Naylor

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 21-12679 SC | Trustee: | Karen Sue Naylor |
|---|---|---|---|
| Case Name: | Brandon S Thresher | Bank Name: | Signature Bank |
| | Sara B Thresher | Account: | ******9497 - Checking |
| Taxpayer ID#: | **-***9111 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/08/22 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/14/22 | Asset #11 | BRANDON S THRESHER | Turnover of Inheritance Insurance Proceeds--Check No. 0091, dated 03/09/22 | 1229-000 | 269,018.86 | | 269,018.86 |
| 03/24/22 | 1001 | BRANDON S. THRESHER AND SARA B. THRESHER | Payment to Debtors of Claimed Exemption under CCP Sect 703.140(b)(5) in Debtor's mother's life insurance with MetLife per Amended Schedules filed 01/25/22 [Doc 15] [See Asset No. 11] | 8100-002 | | 25,500.00 | 243,518.86 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 244.33 | 243,274.53 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 401.04 | 242,873.49 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 394.67 | 242,478.82 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 394.03 | 242,084.79 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 393.39 | 241,691.40 |
| 10/13/22 | 1002 | KAREN SUE NAYLOR | Trustee's Compensation--R&S | 2100-000 | | 7,129.05 | 234,562.35 |
| 10/13/22 | 1003 | KAREN SUE NAYLOR | Trustee's Expenses--R&S | 2200-000 | | 168.80 | 234,393.55 |
| 10/13/22 | 1004 | HAHN FIFE & COMPANY, LLP | Professional Fees paid pursuant to Order entered 10/12/22 [Doc 49] | 3410-000 | | 1,363.00 | 233,030.55 |
| 10/13/22 | 1005 | HAHN FIFE & COMPANY, LLP | Professional Expenses paid pursuant to Order entered 10/12/22 [Doc 49] | 3420-000 | | 250.90 | 232,779.65 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 21-12679 SC | Trustee: | Karen Sue Naylor |
| --- | --- | --- | --- |
| Case Name: | Brandon S Thresher | Bank Name: | Signature Bank |
|  | Sara B Thresher | Account: | ******9497 - Checking |
| Taxpayer ID#: | **-***9111 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/08/22 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/22 | 1006 | UNITED STATES DEPARTMENT OF EDUCATION | Claim:$6181.08, Interest:$8.53; FINAL DISTRIBUTION pursuant to Order entered 10/12/22 [Doc 49] | | | 6,189.61 | 226,590.04 |
| 10/13/22 | | UNITED STATES DEPARTMENT OF EDUCATION | Dividend of 100.000000000%, Claim No.1. | 6,181.08 | 7100-000 | | 226,590.04 |
| 10/13/22 | | UNITED STATES DEPARTMENT OF EDUCATION | Dividend of 100.000000000%, Claim No.1-I. | 8.53 | 7990-000 | | 226,590.04 |
| 10/13/22 | 1007 | Bank of America, N.A. | Claim:$9943.27, Interest:$13.73; FINAL DISTRIBUTION pursuant to Order entered 10/12/22 [Doc 49] | | | 9,957.00 | 216,633.04 |
| 10/13/22 | | Bank of America, N.A. | Dividend of 100.000000000%, Claim No.2. | 9,943.27 | 7100-000 | | 216,633.04 |
| 10/13/22 | | Bank of America, N.A. | Dividend of 100.000000000%, Claim No.2-I. | 13.73 | 7990-000 | | 216,633.04 |
| 10/13/22 | 1008 | JPMorgan Chase Bank, N.A. | Claim:$22815.84, Interest:$31.50; FINAL DISTRIBUTION pursuant to Order entered 10/12/22 [Doc 49] | | | 22,847.34 | 193,785.70 |
| 10/13/22 | | JPMorgan Chase Bank, N.A. | Dividend of 100.000000000%, Claim No.3. | 22,815.84 | 7100-000 | | 193,785.70 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 3

| **Case Number:** | 21-12679 SC | | **Trustee:** | Karen Sue Naylor |
|---|---|---|---|---|
| **Case Name:** | Brandon S Thresher | | **Bank Name:** | Signature Bank |
| | Sara B Thresher | | **Account:** | ******9497 - Checking |
| **Taxpayer ID#:** | **-***9111 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/08/22 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/22 | | JPMorgan Chase Bank, N.A. | Dividend of 100.000000000%, Claim No.3-I.    31.50 | 7990-000 | | | 193,785.70 |
| 10/13/22 | 1009 | JPMorgan Chase Bank, N.A. | Claim:$12885.29, Interest:$17.79; FINAL DISTRIBUTION pursuant to Order entered 10/12/22 [Doc 49] | | | 12,903.08 | 180,882.62 |
| 10/13/22 | | JPMorgan Chase Bank, N.A. | Dividend of 100.000000000%, Claim No.4.    12,885.29 | 7100-000 | | | 180,882.62 |
| 10/13/22 | | JPMorgan Chase Bank, N.A. | Dividend of 100.000000000%, Claim No.4-I.    17.79 | 7990-000 | | | 180,882.62 |
| 10/13/22 | 1010 | JPMorgan Chase Bank, N.A. | Claim:$5190.24, Interest:$7.17; FINAL DISTRIBUTION pursuant to Order entered 10/12/22 [Doc 49] | | | 5,197.41 | 175,685.21 |
| 10/13/22 | | JPMorgan Chase Bank, N.A. | Dividend of 100.000000000%, Claim No.5.    5,190.24 | 7100-000 | | | 175,685.21 |
| 10/13/22 | | JPMorgan Chase Bank, N.A. | Dividend of 100.000000000%, Claim No.5-I.    7.17 | 7990-000 | | | 175,685.21 |
| 10/13/22 | 1011 | Mira Loma Red Gum Business Park LLC | Claim:$2004.25, Interest:$2.77; FINAL DISTRIBUTION pursuant to Order entered 10/12/22 [Doc 49] | | | 2,007.02 | 173,678.19 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 4

| Case Number: | 21-12679 SC | | Trustee: | Karen Sue Naylor |
|---|---|---|---|---|
| Case Name: | Brandon S Thresher | | Bank Name: | Signature Bank |
| | Sara B Thresher | | Account: | ******9497 - Checking |
| Taxpayer ID#: | **-***9111 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/08/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/22 | | Mira Loma Red Gum Business Park LLC | Dividend of 100.000000000%, Claim No.6. | 2,004.25 | 7100-000 | | | 173,678.19 |
| 10/13/22 | | Mira Loma Red Gum Business Park LLC | Dividend of 100.000000000%, Claim No.6-I. | 2.77 | 7990-000 | | | 173,678.19 |
| 10/13/22 | 1012 | Citibank, N.A. | Claim:$3220.36, Interest:$4.45; FINAL DISTRIBUTION pursuant to Order entered 10/12/22 [Doc 49] | | | | 3,224.81 | 170,453.38 |
| 10/13/22 | | Citibank, N.A. | Dividend of 100.000000000%, Claim No.7. | 3,220.36 | 7100-000 | | | 170,453.38 |
| 10/13/22 | | Citibank, N.A. | Dividend of 100.000000000%, Claim No.7-I. | 4.45 | 7990-000 | | | 170,453.38 |
| 10/13/22 | 1013 | Citibank, N.A. | Claim:$1068.46, Interest:$1.48; FINAL DISTRIBUTION pursuant to Order entered 10/12/22 [Doc 49] | | | | 1,069.94 | 169,383.44 |
| 10/13/22 | | Citibank, N.A. | Dividend of 100.000000000%, Claim No.8. | 1,068.46 | 7100-000 | | | 169,383.44 |
| 10/13/22 | | Citibank, N.A. | Dividend of 100.000000000%, Claim No.8-I. | 1.48 | 7990-000 | | | 169,383.44 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 5

| Case Number: | 21-12679 SC | | Trustee: | Karen Sue Naylor |
| --- | --- | --- | --- | --- |
| Case Name: | Brandon S Thresher | | Bank Name: | Signature Bank |
| | Sara B Thresher | | Account: | ******9497 - Checking |
| Taxpayer ID#: | **-***9111 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/08/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/22 | 1014 | JEFFERSON CAPITAL SYSTEMS LLC | Claim:$3440.82, Interest:$4.75; FINAL DISTRIBUTION pursuant to Order entered 10/12/22 [Doc 49] | | | 3,445.57 | 165,937.87 |
| 10/13/22 | | JEFFERSON CAPITAL SYSTEMS LLC | Dividend of 3,440.82 100.000000000%, Claim No.10. | 7100-000 | | | 165,937.87 |
| 10/13/22 | | JEFFERSON CAPITAL SYSTEMS LLC | Dividend of 4.75 100.000000000%, Claim No.10-I. | 7990-000 | | | 165,937.87 |
| 10/13/22 | 1015 | Brandon S Thresher and Sara B Thresher | Surplus Funds Paid to Debtors pursuant to §726(a)(6) | 8200-002 | | 165,937.87 | 0.00 |

|  | | |
| --- | --- | --- |
| **ACCOUNT TOTALS** | 269,018.86 | 269,018.86 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 269,018.86 | 269,018.86 | |
| Less: Payment to Debtors | | 191,437.87 | |
| **NET Receipts / Disbursements** | **$269,018.86** | **$77,580.99** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******9497** | **269,018.86** | **77,580.99** | **0.00** |
| | **$269,018.86** | **$77,580.99** | **$0.00** |